IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| EFRAIN CASTRO CHAUTLA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:12-CV-771 |
| | ) | |
| REUBEN F. YOUNG, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on February 4, 2013, was served on the parties in this action. Petitioner filed objections to the Recommendation. (Doc. 15.)

The Court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court adopts the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED** that Respondent's Motion to Dismiss (Doc. 8) is **GRANTED**, that the Petition (Doc. 2) is **DENIED**, and that this action is dismissed. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 18th day of March, 2013.

UNITED STATES DISTRICT JUDGE